■ Transatlantic Reinsurance Company, Appellant, v AIU Insurance Company, Respondent, et al., Defendant. [3 NYS3d 602]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered March 7, 2014, which denied, without prejudice, plaintiff's motion to compel discovery from defendant, unanimously affirmed, with costs.

The motion court providently exercised its discretion by determining that, at this stage of the proceedings, plaintiff's discovery requests are overbroad and seek irrelevant information. We note that the court denied plaintiff's motion without prejudice. We see no need to substitute our own discretion in this case (see Andon v 302-304 Mott St. Assoc., 94 NY2d 740, 745 [2000]). Concur—Tom, J.P., Renwick, DeGrasse, Manzanet-Daniels and Clark, JJ.

Motion for stay or adjournment denied.

(March 26, 2015)

■ The People of the State of New York, Respondent, v Brian Nin, Appellant. [3 NYS3d 602]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about October 24, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Acosta, Moskowitz, Richter and Feinman, JJ.